IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID M. SIMON and MARGARET S. SIMON, | ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV201 |
| v. | ) ) | |
| I.R.S., | ) ) | ORDER |
| Defendant. | ) ) | |

Plaintiff, David M. Simon, a non-prisoner, filed a motion for leave to proceed in forma pauperis (Filing No. 2). Upon review of the motion, the Court finds that plaintiff David M. Simon is financially eligible to proceed in forma pauperis. Accordingly,

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted to David M. Simon, and the complaint shall be filed without payment of fees.

DATED this 10th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court